1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division

4  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California  94102
   Telephone:  (415) 436-7017
6  Fax:        (415) 436-6748

7  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MARK CLAYBROOKS, Revenue Officer,** | NO.  C-07-5844-EDL |
| Petitioners, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **MICHAEL FAGAN,** | |
| Respondent. | |

CONSENT TO PROCEED BEFORE  A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

SCOTT N. SCHOOLS
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division