1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-7017
5
   Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARK CLAYBROOKS, Revenue Officer, | Case No. C-07-5844-EDL |
| Petitioners, | |
| v. | PROOF OF SERVICE DECLARATION OF LILLIAN ANDUJAR |
| MICHAEL FAGAN, | |
| Respondent. | |

I , LILLIAN ANDUJAR, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.  I am a Revenue Officer with the Internal Revenue Service of the United States Department of Treasury at its offices located in Walnut Creek, California.

2.  On January 16, 2008, a copy of the Order to Show Cause Re: Enforcement of Internal Revenue Summons and the Verified Petition to Enforce Internal Revenue Service Summons in this matter were served on Michael Fagan at 1608 Dupree Way, Brentwood, California..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25th , 2008, Walnut Creek, California.


                                        /s/ Lillian Andujar
                                        LILLIAN ANDUJAR

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE DECLARATION OF LILLIAN ANDUJAR**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Michael Fagan
1608 Dupree Way
Brentwood, Ca 94513

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 25, 2008** at San Francisco, California.

                                                /s/ Kathy Tat
                                            **KATHY TAT**
                                            **Legal Assistant**