JOSEPH P. RUSSONIELLO  (ASBN.44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and MARK CLAYBROOKS, Revenue Officer,** )<br>)<br>)<br>) | **Case No. C-07-5844-EDL** |
| **Petitioners,** )<br>) | |
| **v.** )<br>)<br>) | **STIPULATION TO DISMISS AND [proposed] ORDER** |
| **MICHAEL FAGAN,** )<br>)<br>) | |
| **Respondent.** )<br>) | |

It is hereby stipulated by and between petitioners and respondent, through their undersigned  counsel, that this matter be dismissed, each to bear their own costs and attorneys' fees.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Allan Miles                                       /s/ Thomas Moore
ALLAN MILES                                        THOMAS MOORE
Attorney for Michael Fagan              Assistant United States Attorney
                                                             Tax Division
                                                             Attorneys for Plaintiff

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES MAGISTRATE JUDGE

_____