UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Petitioner,                           No. 07-05844 EDL

    v.                                   CLERK'S NOTICE

MICHAEL FAGAN,

        Respondent.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Order to Show Cause Hearing scheduled for March 4, 2008 at 9:00 a.m. has been taken off calendar.

Dated: March 3, 2008

                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk

                                    by: _____
                                               Lili M. Harrell
                                               Courtroom Deputy