JOSEPH P. RUSSONIELLO   (ASBN.44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and MARK CLAYBROOKS, Revenue Officer,**　　　　　　　)<br>　　　　　　　)<br>　　　　　　　)<br>　　　　**Petitioners,**　)<br>　　　　　　　)<br>**v.**　　　　　　　)<br>　　　　　　　)<br>**MICHAEL FAGAN,**　)<br>　　　　　　　)<br>　　　**Respondent.**　)<br>_____) | **Case No. C-07-5844-EDL**<br><br><br>**STIPULATION TO DISMISS AND [proposed] ORDER** |

It is hereby stipulated between petitioners, United States of America and Mark Claybrooks, and respondent Michael fagan, through the undersigned counsel, as follows:

1.     In accordance with the provisions of 18 U.S.C. Section 636(c), the parties consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

2.     That this matter be dismissed, each party to bear their own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　United States Attorney

/s/ Allan Miles　　　　　　　　　/s/ Thomas Moore
ALLAN MILES　　　　　　　　　THOMAS MOORE
Attorney for Michael Fagan　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE