JOSEPH P. RUSSONIELLO   (ASBN.44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARK CLAYBROOKS, Revenue Officer,<br>           Petitioners,<br>     v.<br>MICHAEL FAGAN,<br>           Respondent. | Case No. C-07-5844-EDL<br><br>**STIPULATION TO DISMISS AND [proposed] ORDER** |

It is hereby stipulated between petitioners, United States of America and Mark Claybrooks, and respondent Michael fagan, through the undersigned counsel, as follows:

1.     In accordance with the provisions of 18 U.S.C. Section 636(c), the parties consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

2.     That this matter be dismissed, each party to bear their own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Allan Miles                                        /s/ Thomas Moore
ALLAN MILES                                       THOMAS MOORE
Attorney for Michael Fagan                  Assistant United States Attorney
                                                             Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 17, 2008                    _Elizabeth D. Laporte_
                                                             UNITED STATES MAGISTRATE JUDGE